UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| Anthony J. Schwaiger, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Cause No. 1:14-cv-279 |
| Robert A. McDonald, in his capacity as Secretary of the United States of America Department of Veterans Affairs, | ) ) ) ) ) |
| Defendant. | ) ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Anthony J. Schwaiger, by counsel, and defendant, by its attorneys, David Capp, United States Attorney for the Northern District of Indiana, and Orest Szewciw, Assistant United States Attorney, hereby stipulate to dismissal with prejudice of the instant cause of action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear their own fees, costs, and expenses.

Respectfully submitted,

DAVID CAPP
UNITED STATES ATTORNEY

By: /s/ Orest Szewciw
　　Orest Szewciw
　　Assistant U.S. Attorney
　　5400 Federal Plaza, Suite 1500
　　Hammond, Indiana 46320
　　(219)937-5500
　　orest.szewciw@usdoj.gov

/s/ David L. Farnbauch
David L. Farnbauch
8109-B Lima Road
Fort Wayne, IN 46818
Tele. (260) 420-3137
dlf@sweeneylawfirm.com
Attorney for Plaintiff

1